UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 46448
   TODD A SPENCE
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0533

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/06/05 and confirmed on 08/25/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21350.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY BANK | SECURED VEHIC | 3430.28 | 426.76 | 3430.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 935.28 | .00 | 796.93 |
| SMC | UNSECURED | 412.74 | .00 | 351.69 |
| AURORA EARTHMOVER CU | UNSECURED | 7832.21 | .00 | 6673.66 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SCHMITT PLUMBING | UNSECURED | NOT FILED | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 873.50 | .00 | 744.29 |
| WELLS FARGO CARD SERVICE | UNSECURED | 3003.07 | .00 | 2558.85 |
| THOMAS B SULLIVAN | ADMINISTRATIV | 2078.00 | .00 | 2078.00 |
| GROCHOCINSKI & GROCHOCIN | ADMINISTRATIV | 1071.79 | .00 | 1071.79 |
| MAX FLOW CORP | UNSECURED | 391.79 | .00 | 333.84 |
| NATIONAL CITY BANK | UNSECURED - C | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3430.28 | 3149.79 | 13448.59 | .00 | 20028.66 |
| PRINCIPAL PAID | 3430.28 | 3149.79 | 11459.26 | .00 | 18039.33 |
| INTEREST PAID | 426.76 | .00 | .00 | .00 | 426.76 |
| TOTAL PAID | 3857.04 | 3149.79 | 11459.26 | .00 | 18466.09 |

The Debtor's attorney, GARY L SHILTS       , was allowed $   2200.00 and was paid $   695.00   direct and $   1505.00   through the plan.

The Trustee received $   1028.91 .

Refunds to the Debtor totaled $    350.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE